UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00377-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. MARC HAROLD RAMSEY,

   Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, October 3, 2008,** and responses to these motions shall be filed by **Monday, October 20, 2008.**  It is

FURTHER ORDERED that counsel will request a hearing on all pending motions at a later date, if necessary.  It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, November 10, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated:  September 10, 2008

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge