UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00377-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARC HAROLD RAMSEY,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Unopposed Motion for Determination of Competency and Request for Hearing, filed September 10, 2008 (docket #13). The motion asks the Court to hold a hearing to determine Defendant's competency to stand trial, and prior to the hearing to appoint a psychiatrist or psychologist to examine Defendant and provide a report pursuant to 18 U.S.C. § 4247(b) and (c). The Government has no objection to this request.

Having reviewed the motion and file, I find that "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense." 18 U.S.C. § 4241(a). Defendant has demonstrated delusional behavior and has difficulty communicating with his attorney due to such defect.

Based on this conduct, I find that defense counsel's motion for a competency

determination should be granted pursuant to 18 U.S.C. § 4241(a). I also grant defense counsel's request for a psychiatric or psychological exam, finding that such an exam is necessary to determine whether Defendant is competent to stand trial. Accordingly, it is

ORDERED that the Unopposed Motion for Determination of Competency and Request for Hearing is **GRANTED**. In accordance therewith, it is

ORDERED that a psychiatric or psychological examination shall be conducted pursuant to 18 U.S.C. § 4241(b), and a psychiatric or psychological report shall be filed with the Court after the examination.

FURTHER ORDERED that Dr. Karen Fukataki is **APPOINTED** to conduct a competency evaluation pursuant to the statute.

Dated: October 6, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge