UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00377-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARC HAROLD RAMSEY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    As requested in the Defendant's status report, Defendant's Unopposed Motion for Order for Determination of Competency, filed September 10, 2008 (docket #13) is **WITHDRAWN**.

    Dated: November 18, 2008